|  |
|---|
| Sam Haigh,<br><br>             Plaintiff,<br><br>v.<br><br>Reed Chojnacki, *et al.*,<br><br>             Defendants. |

Civil Action No.
3:16-cv-854 (PGS) (DEA)

**MEMORANDUM
AND ORDER**

**SHERIDAN, U.S.D.J.**

      Whereas on December 18, 2018, the Court entered an order directing plaintiff to appear on January 9, 2019, "to show cause as to why this matter should not be dismissed for failure to prosecute the case against defendant Samantha Cooper." (ECF No. 45).

      Whereas on January 9, 2019, plaintiff's counsel filed a letter stating that he "does not intend to put proofs or appear for the order to show cause proceedings regarding the continuation of a case against Samantha Cooper." (ECF No. 49).

      Whereas on the record at the January 10, 2019 status conference, the parties did not object to defendant Cooper being dismissed from the case. Accordingly,

      **IT IS** on this 10th day of January, 2019;

      **ORDERED** that plaintiff's claims against defendant Samantha Cooper are hereby dismissed without prejudice and without costs.

                                  _____
                                  PETER G. SHERIDAN, U.S.D.J.